RECEIVED

AUG 25 2025

BY MAIL

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

)
)
)
)
)
)                    **Complaint for a Civil Case**
)
**Matthew W. Miller**                    )
(Write the full name of each plaintiff   )
who is filing this complaint.   If the   )    Case No. 4:25-cv-00257-JSD
names of all the plaintiffs cannot fit in )    (to be assigned by Clerk of
the space above, please write "see       )    District Court)
attached" in the space and attach an     )
additional page with the full list of    )
names.)                                   )    Plaintiff requests trial by jury:
                                          )    ☒ Yes   ☐ No
v.                                        )
                                          )
**James Granger**                         )
                                          )
                                          )
                                          )
                                          )
                                          )
(Write the full name of each defendant.   )
The caption must include the names of     )
all of the parties. Fed. R. Civ. P. 10(a).)
Merely listing one party and writing "et  )
al." is insufficient. Attach additional   )
sheets if necessary.)                     )

## CIVIL COMPLAINT

### NOTICE:

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     Matthew W. Miller
Street Address     3325 Hwy 19
City and County     Owensville, Gasconade
State and Zip Code     Missouri, 65066
Telephone Number     235-203-9231
E-mail Address     mwmiller335@gmail.com

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name     James Granger
Job or Title
Street Address     2 Arrowhead Estates Ct
City and County     Chesterfield, St. Louis County
State and Zip Code     Missouri, 63017
Telephone Number     314-422-9051
E-mail Address     St. Louis County

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

Defendant 2

Steve Canternary

Missouri Address Unknown

Defendant one has the address.

Defendant 3

Donald Jasper

7345 Bluff Road

Washington, Franklin

Missouri, 63090

636-239-1028

Defendant 4

Rick Beanumann

4849 Hopewell Road

New Melle, Saint Charles County

Missouri, 63365

Defendant 5

Steve Bates

2006 Sierra Parkway

Arnold, Jefferson County

Missouri, 63010

636-464-3939

Defendant 6

Jesse Strickland

4092 Avery Lane

Bridgeton, Saint Louis County

Missouri, 63044

Defendant 7

Jason Pope

4637 Recar Trl

Bonne Terre, St. Francois County

Defendant 8

Jessica Pope

4637 Recar Trl

Bonne Terre, St. Francois County

Missouri, 63628

314-799-4561


Defendant 9

Zack Jasper

7345 Bluff Road

Washington, Franklin

Missouri, 63090

636-239-1028


Defendant 10

Jeremy Perkins

3848 Cannon Road

Cannon, Gasconade

Missouri, 65066

573-619-7608

Defendant 11

Mark Lenaur

3520 Koch Road

Owensville, Gasconade

Missouri, 65066

573-619-1492


Defendant 12

Kurt Understall

4923 South Point Road

Washington, Franklin

Missouri, 63090

636-239-2028


Defendant 13

Andy Herbst

6955 Schmidt

Sullivan, Franklin

Missouri, 63080

573-578-9752

Defendant 14

Joseph Corley

623 Country Club Hill Rd

Washington, Franklin

Missouri, 63090

636-239-1209

Defendant 15

Michael Miller

1915 Brakemeyer Road

Owensville, Gasconade

Missouri, 65066

573-437-6216

Defendant 16

Andrew Adams

406 Crystal Lane

Rosebud, Gasconade County

Missouri, 63091

Defendant 17

Jeffery Adams

3438 Pump Station Rd

Rosebud, Gasconade County

Missouri, 63091

Defendant 18

John Adams

Stockpile Road

Rosebud, Gasconade

Missouri, 63091

Defendant 19

Dave Munganeze Jr.

10618 Sunset View Estate

Saint Louis, Saint Louis County

Missouri, 63123

Defendant 20

Doug Weber

2200 Anniston Dr

Washington, Franklin County

Missouri, 63090

Defendant 21

William Busch

7711 Bonhomme Ave #401

Saint Louis, Saint Louis County

Missouri, 63105

Defendant 22

Lynn Miller

303 Buckington St

St. Peters, St. Charles County

Missouri, 63376-7636

Defendant 23

Joe Purschke

204 River Rock Rd

Union, Franklin

Missouri, 63084

Defendant 24

Jennifer Aniston

9150 Wilshire Blvd. Suite 350

Beverly Hills, Los Angeles County

California, 90212

Defendant 25

Travis Blankenship

810 Fairway Drive

Union, Franklin

Missouri, 63084

Defendant 26

Brad Harrison

3824 Bennington Lane

Jefferson City, Cole County

Missouri, 65043

573-526-0678

Defendant 27

Matthew Levingston

160 Chesterfield Industial Blvd

**Chesterfield, Saint Louis County**

**Missouri, 63005**

636-728-0448

Defendant 28

Tim Jansen

Owensville, Gasconade County

Missouri, 65066

Defendant 29

Wendell Curtman

1948 Highway 28

Owensville, Gasconade

Missouri, 65066

573-437-3685

Defendant 30

Brad Pitt

9150 Wilshire Blvd. Suite 350

Beverly Hills, Los Angeles County

California, 90212

Defendant 31

Phillip Thompson

1597 Villa Vista Drive

Owensville, Gasconade

Missouri, 65066

573-619-5337

Defendant 32

Luke Bryan

301 Broadway

Nashville, Davidson County

Tennessee, 37201

Defendant 33

Missy Lebish

866 Lost Creek Ln

Washington, Franklin County

Missouri, 63090-5492

Defendant 34

Crystal Blankenship

403 Reserve St S

Rosebud, Gasconade County

Missouri, 63091

Defendant 35

Paul Schmanke

**431 Forby Estates Dr
Eureka MO 63025**

Defendant 36

Emma Weber

2200 Anniston Drive

Washington, Franklin

Missouri, 63090

636-579-5092

Defendant 37

Jamie Decker

1627 Hwy Y

Owensville, Gasconade

Missouri, 65066

573-437-3441

Defendant 38

Edward Adams

642 S Scrivener Street

Gerald, Franklin

Missouri, 63037

**II.    Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

**A.    Federal question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Vicar

**B.    Suit against the Federal Government, a federal official, or federal agency**

List the federal officials or federal agencies involved, if any.

**C.    Diversity of Citizenship**

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1.    The Plaintiff(s)

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

2. The Defendant(s)

If the defendant is an individual

The defendant, *(name)* _James Granger_ , is a citizen of the State of *(name)* _Missouri_ *Or* is a citizen of *(foreign nation)* _____.

If the defendant is a corporation

The defendant, *(name)* _____.

is incorporated under the laws of the State of *(name)*

_____ , and has its principal place of business in the State of *(name)* _____ *Or*

is incorporated under the laws of the State of *(foreign nation)*

_____ , and has its principal place

of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain):* _Ten Trillion, because of the assults, pain and suffering amd loss of life._

4.

**III.    Statement of Claim**

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1.    What happened to you?
2.    When did it happen?
3.    Where did it happen?
4.    What injuries did you suffer?
5.    What did each defendant personally do, or fail to do, to harm you?

Print is attached

**IV.    Relief**

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

Print is attached

5

III.    Statement of Claim

### Defendant 1

1.  I have been brutally assaulted in a relentless, repeated and a barrage of attacks.
2.  It was 2012, 2013, January and October 2014, February 2015, September 2016 Chesterfield Amphitheater.
3.  At Family Martial Arts Fitness Academy, Marquart's Landing, PBR in Ballpark Village, Chesterfield Amphitheater. He is paying from his home address and other facilities.
4.  I have many internal injuries. Torn ligaments from hyperextension, crushed shoulder blades, spinal injuries, a broken neck in two places, two torn shoulders, wrists, hips, knees, ankles, elbows, fingers, smashed and punctured feet and hands.
5.  James paid people to make the injuries and is paying people to take from my life.

### IV.    Relief

1.  I want the Condominium at Seven Mile Beach on The Cayman Island.
2.  His Malibu Estate
3.  Royalties from companies in the work-related environment we did together.
4.  Any royalties from Anheuser Busch, AB-InBev, SABMiller plc, Grupo Modelo

### Defendant 2

1.  Steve Catenary attacked me.
2.  It happened in January 2014, October 2014, and again in February 2015.
3.  The first was at Otis Campbells in Washington. Thee second time was at Long Shots in Portage De Sioux. The third time was at Ball Park Village inside the PBR.
4.  The injuries I suffer are a broken neck in two places, two torn shoulders, two hyperextended wrists, hips, knees, ankles, elbows, smashed and punctured feet, toes and hands.
5.  He stomped on my feet. He lifted my arms over my head from behind, ripping my shoulders out. He kicked my knees in, broke my neck from twisting it in two directions. Twisted my legs from my feet hurting my hips and ankles. Bent my wrists over. Dislocated my elbow.

### IV.    Relief

1.  Steve's house in the Western District.
2.  Stocks, bonds and assets

Defendant 3

1.  Donald Jasper attacked me.
2.  June 2011, September 2014 and August 2015
3.  The first was at the YMCA baseball fields in Washington, MO. The second time was at the White Mule in Rosebud, MO. The third time was at a construction site in Augusta, MO.
4.  The injuries I am suffering are smashed shoulder blades with muscle damage under them, internal back muscle problems, a sensitive neck and spine. My skull and brain hurt.

He hit me in the head with a baseball bat. Started a fist fight at the winery. Started a fist fight at the jobsite and knocked me out with a laminate beam from behind. Continued to bash my body with weapons. A laminate beam, a sledge hammer, a nail gun and wood 2x material.

IV.    Relief

1.  Donald's house and farm in Washington, MO
2.  Stocks, bonds and assets.

Defendant 4

Rick Beanumann

1. He tried to kill me.
2. 2001 to present
3. Lindenwood University
4. Decades worth of head trauma and the physical injuries listed above. He also made Fred crush my hands. Spending time trying to get rid of the talk back from payments to people.
5. He has made deals with my life that put me in harms way and out of life's progress. He is paying, ordering and offering more money to continue. He had sex with my wife while we were married. He has accepted money and paid for sex. He took out of my life to play a sex game.

IV.    Relief

1. All stocks, bond and assets.

Defendant 5

1. I have been attacked on multiple occasions.
2. 2012, 2013, 2014
3. **Mid-States Supply** 6808 Prescott Ave, Saint Louis, MO 63147, Marquarts Landing in Washington ,MO and PBR at Ballpark Village.
4. Trauma, pain and discomfort in the brain and lower back and I had bell rung and have concussion systems.
5. Steve Bates punched me in the lower back about thirty times at BPV 2014. This is a place that had been repaired from a previous break. He put a knife to my Achilles Heel with intension to cut all the way through. Hit me in the head with a level. He punch from behind in the back of my jaw to break it. He hit me with a level. Hit in the bathroom at Ball Park Village. He had sex with my wife while we were married. He has accepted money or paid for sex.

IV.    Relief

1. I want his stocks, bond and assets.

Defendant 6

1. He attacked me.
2. 2012, 2013
3. At my home, Washington, MO and Ball Park Village.
4. Dislocating the spine and causing a paralyzation. Had to get reset in place to regain movement.
5. Jesse Strickland hit me with a weapon from the rear to the spine. He had sex with my wife while we were married. He has accepted money or paid for sex.

IV.    Relief

1. All stocks, bonds and assets.

Defendant 7

1. He has assaulted and insulted me.
2. 2013
3. Washington, MO outside Marquarts Landing.
4. A broken nose.
5. Jason Pope has attack me many times. He has had sex with my wife while we were married and collected money to be a problem. He had sex with my wife while we were married. He has accepted money or paid for sex.

IV.    Relief

Stocks, bonds and assets.

Defendant 8

1. I got hit in the mouth.
2. 2013
3. It happened in Ball Park Village at the PBR on the dance floor.
4. Broken upper and lower teeth.
5. Jessica Pope hit me with a weapon breaking my upper and lower teeth.

IV.    Relief

Stocks, bonds and assets.

Defendant 9

1. I had a gun pointed at me.
2. 2016
3. Walnut and E. Fifth street in Washington, MO
4. Trauma
5. Zack Jasper pointed a hand gun at me at Walnut and E Fifth Street in Washington, MO 2015. He had sex with my wife while we were married.

IV.    Relief

Stocks, bonds and assets

Defendant 10

1. Assault and embezzlement
2. 1995, 2008 and other years.
3. At his house in Cannon, MO, Citizens bank and everywhere they continue.
4. Head Trauma
5. Jeremy Perkins is paying people that are attacking. He put a shotgun to my head 2008. He was part of stealing money from me beginning in the mid nineties. He had sex with my wife while we were married. He has accepted money or paid for sex.

IV.     Relief

I want all stocks, bonds and assets.

Defendant 11

1. I got a hole drilled in the rear of my pelvic.
2. 2012
3. Eminence MO
4. I have hole in my pelvic bone.
5. Mark Lenaur drilled a hole with a drill and a 1/8" bit in the rear my pelvic. He had sex with my wife while we were married.

IV.     Relief

I want all stocks, bonds and assets.

Defendant 12

1. I have been assaulted and insulted.
2. 1998 to present
3. Mostly Washington
4. I got a concussion from getting hit, I have had loss and trauma from the rest.
5. Kurt Understall is paying people that are attacking and he has hit me in top of the head with a post mall. Caused a plumbing problem with a spec home I was building. He order my own son to assault me. He had sex with my wife while we were married. He has accepted money or paid for sex. Showed up at the training facility for trafficking.

IV.    Relief

All stocks, bonds and assets.

Defendant 13

1. I have been assaulted and insulted.
2. From the time he accepted money from Kurt.
3. Washington, MO
4. Concussion, loss of life and Trauma
5. Andy Herbst punched me in the head while driving two times 2014, 2015. He had sex with my wife while we were married. He has accepted money or paid for sex.

IV.    Relief

I want everything from the time of the incidents of comments.

Defendant 14

1.  I have been assaulted and insulted
2.  1998 to present.
3.  Eminence, MO, Washington, MO
4.  Trauma, and loss of life
5.  Joseph Corley has accepted money for solicitation and sex trafficking. He had sex with my wife while we were married.

IV.    Relief

I want everything from the time of the incidents of comments.

Defendant 15

1.  I have been assaulted and insulted.
2.  2000, 2012, 2013
3.  He struck me at his home. Pointed a weapon at me at the Leslie Depot
4.  Trauma and loss of life.
5.  Michael Miller hit me with his fist 2012, 2013.  He has paid people to life hard. Paid money for sex trafficking on me and my family 2000. He had sex with my wife while we were married. He has accepted money or paid for sex. He stole my rifle.

IV.    Relief

All stocks, bonds and assets.

Defendant 16

1. I have been assaulted and insulted.
2. 2013, 2014
3. Mike Millers on Hwy 19 Owensville.
4. Trauma and loss of life.
5. Andrew Adams hit me in the back of the head with a weapon more than one-time. He had sex with my wife while we were married. He has accepted money or paid for sex. He is always trying to take from me for himself or others.

IV.    Relief

All stocks, bonds and assets.

Defendant 17

1. I have been assaulted and insulted.
2. I 2000, 2014
3. Washington and Gerald, MO.
4. Trauma and loss of life.
5. Jeffery Adams hit me with his fist at his house in Gerald. He had sex with my wife while we were married. He has accepted money or paid for sex.

## IV.    Relief

All stocks, bonds and assets.

## Defendant 18

1. I got hit in the face.
2. 2014
3. Owensville
4. Concussion, trauma and loss of life
5. John Adams punched me in the face in Owensville in the parking lot at 28 and Main Street. He had sex with my wife while we were married. He has accepted money or paid for sex.

## IV.    Relief

All stocks, bonds and assets.

## Defendant 19

1. I was knocked unconcise.
2. 2014, 2015
3. Outside Marquarts Landing and inside the Draft Room at Ball Park Village.
4. Concussions
5. Dave Munganeze Jr. has struck multiple times to the head with his fists and sometimes weapons on them. He had sex with my wife while we were married. He has accepted money or paid for sex.

IV.     Relief

All stocks, bonds and assets.

Defendant 20

1. I got hit in the head.
2. 2013-2015
3. Inside and outside of Otis Campbell's.
4. Trauma and loss of life.
5. Doug Weber hit me with his fist inside and outside Otis Campbell's multiple times 2013 -2015. He had sex with my wife while we were married. He has accepted money or paid for sex.

IV.     Relief

All stocks, bonds and assets.

Defendant 21

1. I have been assaulted and insulted.
2. 1980 to present
3. It happened in Missouri and Las Vegas mostly.
4. Concussion, trauma and loss of life
5. William Busch is paying people that are attacking. He is collecting from manipulating my life. He had sex with my wife while we were married. He has accepted money or paid for sex. He pays people to extort me to collect. He leaves me spending time trying to get rid of the talk back from payments to people.

IV.    Relief

All stocks, bonds and asset

Defendant 22

1. I have been assaulted and insulted
2. 1997 to present
3. Missouri
4. Trauma and loss of life
5. Lynn Miller is paying people that have attacked me. She is putting my life in harms way. She has collected for wrong doing and is persuading people to make living impossible. Has collected from my name in large numbers. She has also collected inheritances from people that have died and still has them amounts. She had sexual relations with people while we were married.

IV.    Relief

All stocks, bonds and assets.

Defendant 23

1.  I have been abused, neglected and insulted
2.  2000 to present
3.  Missouri
4.  Trauma and loss of life.
5.  Joe Purschke wants to go through my life to collect. He hasn't treated that right in the past and is keeping me from living. He is manipulating the law to kill me. He has pushed into marital sex on me. 2000, 2001. He has broadcast me on the news as a mass child molesting kidnapping trafficker 2014. He has accepted money or paid for sex.

IV.      Relief

All stocks, bonds and assets.

Defendant 24

1.  I was assaulted and insulted
2.  2003, 2012 and 2016
3.  Chesterfield, MO
4.  Trauma and loss of life.
5.  Jennifer Aniston said she collected two hundred million dollars to kill me. She also paid ten people. Chesterfield 2012 said in 2016. She has also collected from unknown years and times.

IV.      Relief

Stocks, bonds and assets.

Defendant 25

1. I was assaulted and insulted
2. 2012
3. At my home in Washington, MO
4. Trauma and loss of life.
5. Travis Blankenship tapped into my computer at my home to take people from my research and is using it as a problem. He is paying people that are attacking me.

IV.    Relief

All stocks, bonds and assets.

Defendant 26

1. I was assaulted and insulted
2. 2008, 2012
3. The attacks happen all over. Gasconade County, MO and Washington.
4. Trauma and loss of life.
5. Brad Harrison is paying people that are attacking me. Attacked me with the Unemployment office. Hit me with his fist. Tapped into my computer to take people from my research and is using it to be a problem.

IV.    Relief

All stocks, bonds and assets.

Defendant 27

1.  I was assaulted and insulted
2.  1997 to present
3.  Missouri
4.  Trauma and loss of life.
5.  Matthew Livingston downloaded my computer and has used my information for gains. He is using money against me. He is also coercing my people and family to commit wrong doings. He had sex with my wife while we were married.

IV.    Relief

All stocks, bonds and assets.

Defendant 28

1.  I got strangled.
2.  2015
3.  Gasconade County fair.
4.  Trauma and suffocation
5.  Timothy Jansen choked me at the Gasconade County Fair. August 2015

IV.     Relief

All stocks, bond and assets

Defendant 29

1. I was assault and insulted
2. At my birth, 2013, 2015
3. Washington MO and the Gasconade fair.
4. Concussion, trauma and loss of life.
5. Wendell Curtmann has accepted money and paid money to take me off this earth. As an infant he slammed me on the vinal floor multiple times. He way laid me with his fist 2013, 2015. He always takes for sex trafficking.

IV.     Relief

All stocks, bonds and assets.

Defendant 30

1. I was assault and insulted
2. 2013
3. Hog Trough Rd in Owensville
4. Concussion, trauma and loss of life.

5. Brad Pitt hit me in head with a weapon. He has had sex with my wife while we were married and has paid to take me out of existence. He paid ten people.

## IV.    Relief

All stocks, bonds and assets.

## Defendant 31

1. I was assault and insulted
2. 2014
3. Eminence
4. Trauma and loss of life.
5. Phillip Thomas forced a fist fight at the Cross Country Trail Ride in Eminence, MO. July 2014. He had sex with my wife while we were married. He is selling people though sex trafficking.

## IV.    Relief

All stocks, bonds and assets

## Defendant 32

1. I was assault and insulted

2. 2001, 2012, 2013, 2014
3. Hollywood Casino and Elana Las Vegas
4. Concussions, trauma and loss of life.
5. Luke Bryan struck me in the head with his fist more than once. He started a fist fight with me another time. He is taking money from Defendant 2. Riverport and Las Vegas 2012-2014

IV.    Relief

Stocks, bonds and assets.

Defendant 33

1. I was robbed
2. 2012
3. At my home in Washington and Franklin County Court
4. Trauma and loss of life.
5. Missy Lebish stole the computer bank from my house in February 2012. Then went to court with Lynn Miller and Joe Purschke and collected money.

IV.    Relief

All stocks, bonds and assets.

Defendant 34

1. I was assault and insulted
2. 2013
3. Gasconade County Fair
4. Trauma and loss of life.
5. Crystal Blankenship pointed a gun on me and Chris Blankenship at the 2013 Gasconade County Fair. Her late Husband Chris has also stomped through my body in the gravel three times. Paul Schmanke paid them.

IV.    Relief

All stocks, bonds and assets

Defendant 35

1. I was assault and insulted
2. 2001 and other years
3. Missouri and in the United States
4. Total loss
5. Paul Schmanke and his family have collected from the Busch family to go against me. He paid people to attack me. 2001 and many other years.

IV.    Relief

All stocks, bonds and assets.

Defendant 36

1. I was assault and insulted
2. 2013
3. Washington
4. Severe pain
5. Emma Weber tased me in the throat, spine and the side. Inside and in front of 1869 Draft Room. Formerly Otis Campbell's in 2014-2015.

IV.     Relief

All stocks, bonds and assets.

Defendant 37

1. I was assault and insulted
2. 2003, 2013
3. Missouri
4. Concussions, trauma and loss of life.
5. Jamie Decker hit me and paid Steve Canternary to create more damage. He had sex with my wife while we were married. He is moving with the trafficking.

IV.     Relief

All stocks, bonds and assets.

Defendant 38

1.  I was assault and insulted
2.  2001 to present
3.  Missouri
4.  Trauma and loss of life.
5.  Edward Adams is telling everyone to take from me and take me off the earth.

## IV.    Relief

All stocks, bonds and assets.

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☒  No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒  No ☐

Do you claim punitive monetary damages?

Yes ☒  No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

See attachment

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _18th_ day of _August_, 20 _25_.

Signature of Plaintiff(s) _Matthew W. Miller_

6

28,000 for my Chevrolet truck.

15,000 for a 18' Allweld boat with a 200 Mercury jet motor.

4000 for a Yamaha 4-wheeler.

4500 for a brand new 16' Doolittle box trailer.

1800 for a brand new 50cc Yamaha motorcycle.

Three life insurance policies.

Credit Card of 25,000 without the insurance.

26,700 for a 2013 Harley Davidson motorcycle.

365,000 for my house at 312 Meadow Drive.

6,500 for a Chevrolet Trailblazer.

5,000 for a 1997 Ford R-350.

The people are making it hard to pay. This is stuff I had built up to and had to sell. I was using a credit card to pay my mortgage and health insurance for my family and had to sell all these properties to break even. Ending with nothing again. The motorcycle and the Trailblazer I had to let go to the bank. I had to borrow money from my father to get the truck for getting around. It was tampered with a few times. It was extremely hard to get this and keep up with the attacks I have been enduring.

33_____
Owensville, MO 65066

RECEIVED

AUG 25 2025

BY MAIL



MID-MISSOURI 652
THU 21 AUG 2025 PM

Office of the Clerk
United States District Court
Eastern District of Missouri
111 S. Tenth Street
St. Louis, Missouri 63102